IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JENNIFER MASSE | : | CIVIL ACTION |
| | : | |
| v. | : | No. 25-5446 |
| | : | |
| 21ST CENTURY CYBER CHARTER | : | |
| SCHOOL, et al. | : | |

## ORDER

AND NOW, this 26th day of May, 2026, upon consideration of Defendants' Motion to Dismiss Count I of Plaintiff's Amended Complaint, Plaintiff's opposition to the Motion, and Defendants' reply, and for the reasons set forth in the accompanying Memorandum, it is ORDERED the Motion (ECF No. 19) is GRANTED.  Count I of Plaintiff's Amended Complaint is DISMISSED without prejudice and with leave to amend.  Plaintiff may file a new complaint within 30 days of the date of this order to amend her FMLA interference claim.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.